UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| DANIEL JOSEPH WALDEN | ) | BANKRUPTCY NO. 08-40345 |
| CECILY RENEE WALDEN | ) | CHAPTER 7 |
|     Debtor(s). | ) | |

**NOTICE OF DEPOSIT OF SMALL DIVIDEND**

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

Claim #5    Freckles Graphics, Inc.    $1.53

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
200 Ferry Street, Suite B
P. O. Box 377
Lafayette, Indiana 47902-0377
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

**CERTIFICATE OF SERVICE**

I certify that on April 6, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 100 East Wayne Street, Suite 555, South Bend, Indiana, 46601
2. Jacqueline Chosnek, P O Box 708, Lafayette, IN 47902
3. Freckles Graphics, Inc., 3835 Fortune Drive, Lafayette, IN 47905

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright