UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| DANIEL JOSEPH WALDEN | ) | BANKRUPTCY NO. 08-40345 |
| CECILY RENEE WALDEN | ) | CHAPTER 7 |
|     Debtor(s). | ) | |

### NOTICE OF UNCLAIMED FUNDS

Comes now the Trustee and shows the Court as follows:

1. That Trustee filed her Final Report and Proposed Distribution with the Clerk of this Court on March 4, 2011.

2. That pursuant to said Distribution Summary, Trustee issued checks dated March 29, 2011, to the creditors as set forth in the Proposed Distribution.

3. That said checks contained a ninety (90) day restriction and ninety (90) days have expired, and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimants is as follows:

    HSBC Auto Finance            $61.07
    P O Box 60130
    City of Industry, CA 91716

4. That your Trustee's check in the total amount of $61.07 payable to the Clerk of this Court has been forwarded to the Court.

Dated this 30th day of June, 2011.

                                                  /s/ Kimberly A. Wright
                                                Kimberly A. Wright, Trustee
                                                200 Ferry Street, Suite B
                                                P.O. Box 377
                                                Lafayette, IN 47902-0377
                                                Telephone: (765) 742-7259
                                                Facsimile: (765) 742-6868
                                                Email: kimberly.gilbert1@frontier.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 30, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. Office of the U.S. Trustee, 100 East Wayne St., Suite 555, South Bend, IN 46601
2. Jacqueline Chosnek, P O Box 708, Lafayette, IN 47902
3. HSBC Auto Finance, P O box 60130, City of Industry, CA 91716

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

                                                                /s/ Kimberly A. Wright
                                                                Kimberly A. Wright